| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Merryday, Steven D. | 2. Court or Organization<br><br>Middle District of Florida | 3. Date of Report<br><br>05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>801 N. Florida Avenue<br>Tampa, FL 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 15 P 12: 57 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Merryday_Steven_D**

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Tampa Bay Chapter of the Federal Bar Association | 5/21/08 through 5/23/08 | Orlando, Florida | Panelist--Sent. Seminar | hotel, incidentals, telephone calls, meals, mileage |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA (Capital Securities of America (1) (Details Follow) | D | Dividend | O | T | | | | | |
| 2. Research (RIMM) | | None | | | Sold | 1/2 | L | A | |
| 3. Apollo Group (APOL) | | None | | | Buy | 1/31 | K | | |
| 4. Black Rock (BLK) | | None | | | Buy | 1/31 | L | | |
| 5. Apollo Group (APOL) | | None | | | Sold | 2/5 | K | A | |
| 6. Black Rock (BLK) | | None | | | Sold | 2/5 | L | A | |
| 7. I-Shares (IYT) | A | Dividend | | | Buy | 3/24 | K | | |
| 8. Spdr Homebldrs (XHB) | | None | | | Buy | 3/24 | K | | |
| 9. Ultra QQQ (QLD) | | None | | | Buy | 3/24 | K | | |
| 10. Ultra S&P (SSO) | A | Dividend | | | Buy | 3/24 | K | | |
| 11. Ultra QQQ (QLD) | | None | | | Sold | 3/28 | K | A | |
| 12. I-Shares (IYT) | | None | | | Sold | 4/9 | K | A | |
| 13. Spdr Homebldrs (XHB) | | None | | | Sold | 4/9 | K | A | |
| 14. Ultra S&P (SSO) | | None | | | Sold | 4/9 | K | A | |
| 15. Companhia (SID) | | None | | | Buy | 4/16 | K | | |
| 16. First Solar (FSLR) | | None | | | Buy | 4/16 | K | | |
| 17. Deere (DE) | | None | | | Buy | 4/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

(5)

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dryships (DRYS) | | None | | | Buy | 5/2 | K | | |
| 36. Steel (X) | | None | | | Buy | 5/2 | L | | |
| 37. Euronext (NYX) | | None | | | Buy | 5/6 | K | | |
| 38. Dryships (DRYS) | | None | | | Sold | 5/7 | K | A | |
| 39. I-Shares (FXI) | | None | | | Sold | 5/7 | L | A | |
| 40. Steel (X) | | None | | | Sold | 5/7 | K | A | |
| 41. Caterpillar (CAT) | | None | | | Buy | 5/12 | L | | |
| 42. Mastercard (MA) | | None | | | Buy | 5/14 | K | | |
| 43. Euronext (NYX) | | None | | | Sold | 5/19 | K | A | |
| 44. Baidu (BIDU) | | None | | | Buy | 5/19 | L | | |
| 45. Mastercard (MA) | | None | | | Buy (add'l) | 5/19 | K | | |
| 46. Caterpillar (CAT) | | None | | | Sold | 5/20 | L | A | |
| 47. Research (RIMM) | | None | | | Sold | 5/20 | L | C | |
| 48. Baidu (BIDU) | | None | | | Sold | 5/21 | L | A | |
| 49. Mastercard (MA) | | None | | | Sold | 5/21 | L | A | |
| 50. Sohu (SOHU) | | None | | | Sold | 5/21 | K | C | |
| 51. Agrium (AGU) | | None | | | Buy | 6/5 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Potash (POT) | | None | | | Buy | 6/5 | K | | |
| 53. Agrium (AGU) | | None | | | Sold | 6/9 | K | A | |
| 54. Potash (POT) | | None | | | Sold | 6/9 | K | A | |
| 55. Power (QQQQ) | | None | | | Buy | 8/6 | K | | |
| 56. Power (QQQQ) | | None | | | Buy (add'l) | 8/11 | K | | |
| 57. Spdr Trust (SPY) | | None | | | Buy | 8/11 | L | | |
| 58. Power (QQQQ) | | None | | | Sold | 8/13 | L | A | |
| 59. Spdr Trust (SPY) | | None | | | Sold | 8/13 | L | A | |
| 60. Proshares (SDS) | | None | | | Buy | 9/4 | K | | |
| 61. Proshares (SKF) | | None | | | Buy | 9/4 | K | | |
| 62. Proshares (SDS) | | None | | | Sold | 9/5 | K | A | |
| 63. Proshares (SKF) | | None | | | Sold | 9/5 | K | A | |
| 64. Spdr Trust (SPY) | | None | | | Buy | 10/16 | L | | |
| 65. Spdr Trust (SPY) | | None | | | Sold | 10/22 | L | A | |
| 66. Diamond (DIA) | | None | | | Buy | 10/28 | K | | |
| 67. Diamond (DIA) | | None | | | Sold | 10/29 | K | A | |
| 68. I-Shares (FXI) | | None | | | Buy | 11/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Holders (OIH) | | None | | | Buy | 11/26 | K | | |
| 70. Holders (OIH) | | None | | | Sold | 11/28 | K | A | |
| 71. I-Shares (FXI) | | None | | | Sold | 12/1 | K | A | |
| 72. Power (ETF) | | None | | | Buy | 12/8 | K | | |
| 73. Power (ETF) | A | Dividend | . | | Sold | 12/29 | K | A | |
| 74. Tampa Rental Property (2) | | None | M | S | | | | | |
| 75. Wachovia (MMarket Accts) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Same IRA as in earlier years; custodian is Capital Securities.

(2) Assessed value is $162,609. Market value is somewhat more. In years prior to 1996, this real estate was not held for rental; it is my former home on a lake front. I have owned it since 1982. I rented it for the first time in 1996 and ceased renting in August, 1997; hence it appears on the form. The property is unrented and for sale.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544